**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CAROLYN SNIDER, et al, | * | |
| Plaintiffs | * | |
| v. | * | Civil No.: 1:23-cv-03279-ABA |
| RAMBLIN' PINES, INC., et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL**

The parties, by their undersigned counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that this matter may be dismissed, with prejudice.


/s/  John R. Solter, Jr.
John R. Solter, Jr. (Bar No. 27483)
jsolter@azraelfranz.com
Azrael, Franz, Schwab, Lipowitz & Solter, LLC
101 E. Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
(T) 410-821-6800
*Attorneys for Plaintiffs*

 /s/  James S. Aist
James S. Aist  (Fed Bar #5946)
 /s/  Gregory L. VanGeison
Gregory L. VanGeison  (Fed Bar #07658)
Anderson, Coe & King, LLP
Seven St. Paul Street, Suite 1600
Baltimore, Maryland  21202
(T) 410-752-1630;  (F) 410-752-0085
aist@acklaw.com
vangeison@acklaw.com
*Attorneys for Defendants Ramblin' Pines, Inc. and Leatherwood Family*

2

## Certificate of Service

I HEREBY CERTIFY that on this 10th day of March a copy of the Stipulation of Dismissal was efiled, eserved and/or mailed to:

John R. Solter, Jr., Esquire
Azrael, Franz, Schwab, Lipowitz & Solter, LLC
101 E. Chesapeake Avenue, 5th Floor
Baltimore, MD 21286
jsolter@azraelfranz.com
*Attorneys for Plaintiffs*


   /s/  Gregory L. VanGeison
Gregory L. VanGeison  (Fed Bar #07658)